UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE, | Case: 1:18-cv-01311 |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | |
| GULL LAKE COMMUNITY SCHOOLS, CHRISTOPHER RUNDLE, DON EASTMAN, LISA ANDERSON, and OTHER UNIDENTIFIED ROES, | |
| Defendants. | |

Karen Truszkowski (P56929)
TEMPERANCE LEGAL GROUP PLLC
Attorneys for Plaintiff
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560
karen@temperancelegalgroup.com

Julie A. Jacot (P43443)
JACOT LAW PLLC
Attorneys for Plaintiff
215 West Flint Street
Davison, MI 48423
(810) 653-9526
juliejacotlaw@gmail.com

Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants
3033 Orchard Vista Drive SE, Suite 308
Grand Rapids, MI 49546
(616) 559-8649
marko@kgvlaw.com

## STIPULATION AND ORDER OF DISMISSAL

Now come the parties, by and through their undersigned counsel, and hereby stipulate and agree to dismiss this action in its entirety with prejudice and without costs or attorney fees to either party as the matter has been settled.

1

Date: December 4, 2020                                     TEMPERANCE LEGAL GROUP PLLC


                                                           By: /s/ Karen Truszkowski
                                                                Karen Truszkowski  (P56929)
                                                                Attorneys for Plaintiff
                                                                503 Mall Court #131
                                                                Lansing, MI  48912
                                                                (844) 534-2560


Date: December 4, 2020                                     KLUCZYNSKI, GIRTZ & VOGELZANG


                                                           By: /s/ Mark T. Ostrowski
                                                                Mark T. Ostrowski  (P49761)
                                                                Attorneys for Defendants
                                                                3033 Orchard Vista Drive SE, Ste 308
                                                                Grand Rapids, MI  49546
                                                                (616) 559-8649

## ORDER

This matter coming before the Court on the Parties' Stipulation of Dismissal and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the claims against Defendants are dismissed with prejudice and without costs or attorney fees to either party.

IT IS SO ORDERED.

                                                           /s/ Paul L. Maloney
                                                           Hon. Paul L Maloney
                                                           US District Court Judge
Date: December 4, 2020